| For Clerk's Office Use | |
|---|---|
| Judge M | Rec'd |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 03 2020
JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

Shareef H. Shelton
Plaintiff full name

1061558 8
Inmate No.

v.                                    CIVIL ACTION NO. 7:19cv00643

Officer Hartman, Major Enochs, Tim Trent
Defendant(s) full name(s)
Officer Dickinson

****************************************************************************

A. Current facility and address: Lynchburg Adult Detention Center

B. Where did this action take place? Lynchburg Adult Detention Center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

   ✓ Yes   ___ No

If your answer to A is Yes, answer the following:

1. Court: The United States District Court Western District of Va.

2. Case Number: 7:19CV00643

D. Have you filed any grievances regarding the facts of this complaint?

   ✓ Yes   ___ No

1. If your answer is Yes, indicate the result:
Been told to leave the matter alone or face severe punishment

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

filing for violation of 8th Amendment Cruel or unusual Punishment on officer Harthron / officer capt. Enochs who is now maj. Enochs for the following

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Officer Dickinson made me take a medication that wasn't mine on January 04, 2018 He threatend disciplinary actions would happen if I denied.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$2,000,000 and Dismissall of their Jobs

G. If this case goes to trial do you request a trial by jury?  Yes ✓  No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 1-31-20     SIGNATURE: [signature]

VERIFICATION:
I, Shareef H. Shelton, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 1-31-20     SIGNATURE: [signature]

(Claim #1)   Briefing

On or About April 24, 2019 I was sexually harrassed and threatened verbally by officer Hartman of the BRRJA for trying to simply inquire about my recreation time which by State law requires inmates a full hour as weather permits instead of the 37 minutes allowed here. Officer Hartman stated he would shove his Di#$ in my A$$ then shove it directly in my mouth then He stated He'd fuck me like my dad use to, which he never has and he also said he'd fuck my mom, and she's deceased. I made a call to P.R.E.A and the Capt. At the time threatened to have me criminally charged and stated I would face severe consequences.

Claim #2   Briefing

On or About Jan. 04, 2018 I was forced/given a direct order to take a medication or be locked down and charged with disobeying a direct order. The medicine caused me to sieze up. I wasn't under any direct perscription from any Authorized medical staff and should not have been forced to take any meds. I was then placed in a cell with no

pg. 1 of 4

Bunk / which was a holding cell and forced to Sleep on the floor for 6 days until I seen a Docter.

claim 1.         cite: Oklahoma City v. Tuttle, 471 U.S. 808, 817-18 (1985)

A) violation of the 8th amendment as: cruel or unusual punishment

Captain (threatens) to improper investigation by a top administrative officer

Captain (threatens) with criminal charges if a filed complaint is processed with the P.R.E.A. system.

B) violation of the Prison Rape Elimination Act of 2003 (PREA)

Policy: Section D (revised) 6/19/18 pg 36 of 39 of the Blue Ridge Regional Jail Authority Inmate Handbook

: Retaliation by staff or other inmates for reporting instances of sexual abuse or sexual harrassment will not be tolerated. If you feel you are being retaliated against for reporting instances of sexual abuse or sexual harrassment, please notify a staff member you trust, your counselor, the shift leader, or call (434) 847-5678.

Claim 1   cite: Monell v. Dept Soc. Servs of NYC
436 U.S. 658, 690 (1978)

    A)    violation of the 8th amendment
           as: cruel or unusual punishment

         officer (threatens) to remove standard recreational period from inmate, if verbal communication is not ceased to stop by inmate, as ordered by the officer.

         officer (threatens) verbal assault on inmate with the promise of sexual assault of the inmate by the officer for not following order of the officer

    B)    violation of The Prison Rape Elimination Act of 2003 (P.R.E.A)

Policy: Section A-2 (revised) 6/19/18 pg 35 of 39 of the Blue Ridge Regional Jail Authority Inmate Handbook
: the behavior of a sexual nature include 1) Sexual obscenities 2) Conversations or correspondence of a sexual or erotic nature

claim 2        cite: Oklahoma City v. Tuttle, 471 U.S 808, 817-18 (1985)

A) violation of the 8th amendment
    as: cruel or unusual punishment

officer:    passess out medications to inmates without the proper authority and certification, causing a negligent reaction to the health of an inmate's well being.
- ON or ABOUT   January 4th 2018

B)   violation of Blue Ridge Regional Jail Authority Staff procedures/qualifications.

Section policy states : Inmate Medical Co-payment Plan and Accounting Process
Section B-5

5) Medical Staff - Any person employed by the BRRJA with current, valid licensure or certification Such as a nurse, EMT or physician recognized by the comonwealth of Virginia.
: is to be passing out medications as directed by Department of Corrections policy and by the Federal state regulations of a facility

pg 4 of 4

Enoreet H. Shelton (1616115588)
P.O. Box 6018
Lynchburg, va
24505

United States District Court
Office of The Clerk
210 Franklin Rd. Rm 540
Roanoke, va 24011



FOREVER USA
Barn Swallow